Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Alicia R. Intriago
Assistant Federal Public Defender
California State Bar No. 320102
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Alicia_Intriago@fd.org

*Attorney for Petitioner Jonathan Donner

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jonathan Donner,<br><br>    Petitioner,<br><br>    v.<br><br>State of Nevada, *et al.*,<br><br>    Respondents. | Case No. 2:20-cv-01913-RFB-VCF<br><br>**Unopposed motion for extension of time to file amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254**<br><br>**(Fifth Request)** |

## POINTS AND AUTHORITIES

On September 4, 2020, the Federal District Court for the District of Nevada received Petitioner Jonathan Donner's petition for habeas relief under 28 U.S.C. § 2254. ECF Nos. 1, 1-1, 1-2. The petition was filed on October 23, 2020,[1] and Donner filed a Motion for Appointment of Counsel on November 2, 2020. ECF Nos. 3, 4. On July 28, 2021, the Court ordered Donner to correct administrative deficiencies with the petition. ECF No. 6. On August 14, 2021, Donner filed an amended petition complying with the requests stated in the Court's previous order. ECF No. 8. On September 3, 2021, the Court granted Donner's Motion for Appointment of Counsel and appointed the Federal Public Defender to represent Donner. ECF No. 9. The undersigned attorney filed her Notice of Appearance on September 23, 2021. ECF No. 11. The counseled amended petition is currently due August 1, 2022. ECF No. 21.

Petitioner Donner respectfully asks this Court to enter an order extending the deadline for filing a counseled amended petition by 45 days from August 1, 2022, to September 15, 2022.

This is Donner's fifth request for an extension of this deadline.

The undersigned attorney contacted opposing counsel on July 31, 2022, who did not object to this request for an extension of time. Their lack of objection should not be considered a waiver of any procedural defenses or challenges to the statute of limitations, or construed as agreeing with the accuracy of the representations in this motion.

---

[1] It appears Donner initially sent his petition to the Ninth Circuit around September 1, 2021 (*see* ECF No. 1-1 at 1), and the Ninth Circuit ultimately transmitted the petition to this Court, *see* ECF No. 1-2. It is unclear whether this Court filed the petition *sua sponte* or at the request of Donner. The petition (ECF No. 1-1) was initially attached to the transmittal letter from the Ninth Circuit Court of Appeals.

1    Counsel has begun drafting the amended petition in this case but needs
2    additional time in light of her recent and upcoming schedule, as well as unanticipated
3    additional work caused by the United States Supreme Court's recent decision in
4    *Shinn v. Ramirez*, No. 20-1009 (U.S. May 23, 2022). Moreover, in the past 60 days,
5    counsel has had the following deadlines: on June 16, 2022, counsel filed a status
6    report in *Mkhitaryan v. LVMPD*, no. 2:20-cv-02169-ART-NJK (D. Nev.); on June 24
7    she filed an opposition to a motion to dismiss in *Crawley v. Cain*, no. 2:17-cv-02086-
8    RFB-CWH (D. Nev.); on July 14 she filed an opposition to a motion to dismiss in
9    *Coleman v. Gittere*, no. 3:19-cv-00172-RCJ-CSD (D. Nev.); on July 18 she filed a state
10   post-conviction petition in *Taylor v. Director, NDOC*, no. A-22-855607-W (8th Jud.
11   Distr. Ct.); and on July 25 a motion for leave to file a third amended petition in
12   *Herrada-Gonzalez v. Howell*, no. 2:20-cv-01013-GMN-DJA (D. Nev.).

13   Counsel had a legal visit with an inmate at High Desert State Prison on June
14   7, 2022, and Northern Nevada prison visits from June 23 through 26, 2022. Counsel
15   had to cover primary duty for another attorney all day on June 28, 2022, which
16   required her to represent individuals making initial appearances in federal court.
17   Counsel had legal conference calls with a client at Ely State Prison on June 10 and
18   27, 2022, and met with a client at Clark County Detention Center on June 29, 2022.
19   Counsel then spent the first week of July working on a pardons board application
20   which she submitted on July 6, 2022. Counsel submitted a parole board application
21   on behalf of a client on July 20, 2022. Counsel had legal conference calls with clients
22   at Ely State Prison on July 12 and 20, 2022. Counsel travelled to Northern Nevada
23   to visit clients at Lovelock Correctional Center on July 21 and 22, 2022. Counsel
24   travelled to Carson City on July 26 and 27 to represent a client before the parole
25   board. Counsel also had legal conference calls with clients at Ely State Prison on July
26   29, 2022. Finally, counsel travelled to Lovelock Correctional Center on July 30 and
27   31 to see a client who is on the September pardons board agenda.

In the coming 60 days, counsel will be travelling to: Ely State Prison on August 18 and 19 to see a new client and an existing client; and Carson City on September 19 and 20 to represent a client before the pardons board.

Counsel has the following filing deadlines in the next 60 days: an opposition to a motion to dismiss in *Taylor v. Director, NDOC*, no. 2:20-cv-01962-GMN-DJA (D. Nev.), due August 1, 2022; an opposition to a motion to dismiss in *Altheide v. State of Nevada*, no. 2:19-cv-02245-JAD-BNW (D. Nev.), due August 11, 2022; an amended petition in *Briones v. Reubart*, no. 3:22-cv-00087-MMD-CSD (D. Nev.), due August 17, 2022; an amended petition in *Ford v. Johnson*, no. 2:21-cv-01742-APG-DJA (D. Nev.), due September 6, 2022; an answering brief in *Leeds v. Russell*, no. 21-16813 (9th Cir.) due September 8, 2022; a reply in support of an amended petition in *Campbell v. Russell*, no 3:19-cv-00576-MMD-CSD (D. Nev.) on September 11, 2022. Counsel will also be filing state petitions for two cases the week of August 1 in light of the *Shinn* decision.

Accordingly, counsel respectfully requests this Court grant the request for an extension of time to file the counseled amended petition for writ of habeas corpus in order for the effective and thorough representation of Petitioner Donner in his federal habeas action and order that the amended petition be filed no later than September 15, 2022.

Dated August 1, 2022.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

/s/ Alicia R. Intriago
Alicia R. Intriago
Assistant Federal Public Defender

IT IS SO ORDERED:
IT IS FURTHER ORDERED that [21] Unopposed Motion to Extend Time is DENIED AS MOOT.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 23rd day of August, 2022.

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

IT IS SO ORDERED:

_____
United States District Judge

Dated: _____