UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JONATHAN DONNER, | Case No. 2:20-cv-01913-RFB-VCF |
| Petitioner, | |
| v. | ORDER |
| STATE OF NEVADA, et. al, | |
| Respondents. | |

Petitioner, Johnathan Donner, has filed a motion to voluntarily dismiss this habeas case under 28 U.S.C. § 2254. ECF No. 32. Respondents do not oppose the motion. ECF No. 33.

**IT IS THEREFORE ORDERED** that the motion to voluntarily dismiss (ECF No. 32) is GRANTED. Donner's amended petition for writ of habeas corpus (ECF No. 24) is DISMISSED without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly and close this case.

**IT IS FURTHER ORDERED** that Respondents' motion to dismiss (ECF No. 29) is DENIED as moot.

April 19, 2023.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE